## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS

ADEAN HILL, JR.,              )   CASE NO. 4:26-CV-00248-ALM

          )

     Plaintiff,      )   JUDGE AMOS L. MAZZANT

          )

   vs.           )

          )   **STIPULATED LEAVE TO PLEAD**

ACCENDO INSURANCE COMPANY,   )

          )

     Defendant.     )

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 12 for the United States District Court for the Eastern District of Texas, Plaintiff Adean Hill, Jr. ("Plaintiff") and Defendant Accendo Insurance Company ("Accendo") hereby stipulate that Accendo shall have until May 4, 2026 to answer, move, or otherwise plead in response to Plaintiff's Complaint (ECF Doc. No. 1).

No other extension has been sought or provided to Accendo.

**STIPULATED** and **AGREED** on March 27, 2026, by:

| | |
|---|---|
| *s/ Mark L. Javitch (with consent)* | *s/ Allyson R. Cady* |
| Mark L. Javitch (CA SBN 323729) | ALLYSON R. CADY (Ohio Bar No. 0098830) |
| **JAVITCH LAW OFFICE** | **BENESCH, FRIEDLANDER, COPLAN &** |
| 3 East 3rd Avenue, Suite 200 |   **ARONOFF LLP** |
| San Mateo, California 94401 | 127 Public Square, Suite 4900 |
| Telephone: 650.781.8000 | Cleveland, Ohio 44114 |
| Facsimile: 650.300.0343 | Telephone:  216.363.4500 |
| Email: mark@javitchlawoffice.com | Facsimile:  216.363.4588 |
| | Email:  acady@beneschlaw.com |
| *Attorney for Plaintiff Adean Hall, Jr.* | |
| | *Attorney for Defendant Accendo Insurance Company* |

28464283 v1